UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **LLOYD BROWN, JR.,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:05cv0444 AS |
| | ) | |
| **OATESS ARCHEY,** | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM AND ORDER*

On July 25, 2005, *pro se* petitioner, Lloyd Brown, Jr., an inmate at the Grant County Jail, filed a petition seeking relief under 28 U.S.C. §2254. Mr. Brown is a challenging his 1996 conviction from the Grant Circuit Court in Grant County, Indiana. Mr. Brown's motion to proceed *in forma pauperis* is **DENIED**.

However, Mr. Brown attempted to challenge this same conviction in this court in 2000 in cause number, 3:00cv57AS, and again in 2003 in cause number 2:03cv448PS.  In those cases, it became apparent that the United States District Court for the Southern District of Indiana had already entered a decision in at least one case which challenged this same conviction. Cause numbers 3:00cv57AS and 2:03cv448PS were dismissed pursuant to 28 U.S.C. §2244(3)(A) as successive petitions.  In light of the fact that Mr. Brown has not provided proof that he has yet obtained permission from the court of appeals to again challenge his conviction, this court is without jurisdiction and must dismiss this case so that

an appropriate request can be lodged with the Court of Appeals in Chicago, Illinois.  This case is **DISMISSED**.

    **IT IS SO ORDERED**.

    DATED:  July 29, 2005

                                **S/ ALLEN SHARP**
                              **ALLEN SHARP, JUDGE**
                              **UNITED STATES DISTRICT COURT**